faegre drinker

faegredrinker.com

**Andrew McCarty**
Associate
andrew.mccarty@faegredrinker.com
+1 612 766 7028 direct

**Faegre Drinker Biddle & Reath LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
+1 612 766 7000 main
+1 612 766 1600 fax

November 6, 2026

**VIA ECF**
Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Viking Brand Advisory, L.L.C. v. Maurices Incorporated, No. 1:26-cv-07955-SHS

Dear Judge Stein:

Plaintiff and Counterclaim Defendant Viking Brand Advisory, L.L.C. ("Viking"), Counterclaim Defendant Henry Jackson, and Defendant and Counterclaim Plaintiff Maurices Incorporated ("Maurices") jointly submit this letter motion under Rule 1.E of Your Honor's Individual Practices and Local Civil Rule 7.1(e). The parties request an adjournment of the initial pretrial conference scheduled for November 12, 2026, at 12:00 p.m. (ECF No. 6). The parties believe the initial pretrial conference will be most productive after the close of pleadings.

Maurices filed its Answer and Counterclaims against Viking and Mr. Jackson on November 3, 2026 (ECF No. 11). Mr. Jackson has agreed to waive service of process, and Viking and Mr. Jackson plan to seek the Court's approval of an extension, on consent, in time to respond to the Counterclaims to January 8, 2027. Until that response is filed, the claims and defenses at issue will remain unsettled. The parties jointly and respectfully submit that the initial pretrial conference will be most productive once the pleadings have closed. At that point, the parties and the Court will have a complete picture of the claims and defenses at issue, and the parties will be better positioned to address the matters identified in the Court's Order Scheduling Initial Pretrial Conference, including the progress of the case, the scheduling of discovery and any dispositive motions, the feasibility of settlement or alternative dispute resolution, and the dates for future conferences. Holding the conference after the close of pleadings will therefore promote the efficient management of this case and conserve the resources of the Court and the parties.

The parties therefore respectfully request that the Court adjourn the initial pretrial conference to a date after January 8, 2027 that is convenient for the Court, such as the week of January 25, 2027. This is the first request to adjourn the conference. Maurices previously made one request, on consent, to extend its time to respond to the Complaint, which the Court granted (ECF Nos. 8, 9). The requested adjournment does not affect any other scheduled date. The parties thank the Court for its consideration.

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Andrew McCarty*
Andrew McCarty

Attorney for Defendant and Counterclaim Plaintiff Maurices Incorporated

**GISKAN SOLOTAROFF & ANDERSON LLP**

*/s/ Oren S. Giskan*
Oren S. Giskan

Attorney for Plaintiff and Counterclaim Defendant Viking Brand Advisory, L.L.C. and Counterclaim Defendant Henry Jackson

cc: All Counsel of Record (via ECF)

**The conference is adjourned to January 27, 2027, at 2:00 p.m.**

**Dated: New York, New York**
**November 6, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**